1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| ADRIAN AGUIRRE, | Case No. 3:22-cv-00296-ART-CLB |
| --- | --- |
| Plaintiff, | **ORDER APPROVING** |
| vs. | |
| ICENBERG, et al., | **STIPULATION TO DISMISS WITH PREJUDICE** |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Interested Party Nevada Department of Corrections by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Lorin M. Taylor, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Plaintiff, Adrian Aguirre, *pro se*, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///
///

The Parties have resolved this matter in its entirety and agree that the Court may

1

accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 28th day of February, 2023.

DATED this 28th day of February, 2023.
AARON D. FORD
Attorney General

_____
Adrian Aguirre #1191967
Plaintiff, *Pro Se*

By: _____
Lorin M. Taylor, (Bar No. 14958)
Attorneys for Defendant

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED: March 7, 2023.

_____
Anne R. Traum
United States District Court Judge

2